UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
LATOYA RICHARDSON,

                   Plaintiff,

    -against-                                           19 **CIVIL** 8505 (MKV)

                                                             **JUDGMENT**

RICHARD BUCKHEIT and KINGS COUNTY
OFFICE OF THE PUBLIC ADMINISTRATOR,

                   Defendants.
-----------------------------------------------------------X

    It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated September 29, 2020, the motion to dismiss the First Amended Complaint is granted; accordingly, this case is closed.

**Dated:** New York, New York
         September 29, 2020

                                                      **RUBY J. KRAJICK**
                                                     _____
                                                          **Clerk of Court**
                              **BY:**
                                                          _____
                                                          **Deputy Clerk**